Clark T. Chambers, Respondent, v. New York Theatre Company, Appellant.— Motion denied. Present — Jenks, P. J., Thomas, Stapleton, Mills and Putnam, JJ.